UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7185

ROGER DEAN RENSHAW,

Plaintiff - Appellant,

versus

JAMES FEELY, M.D.; RON ANGELONE, Director,
Department of Corrections; STERLING PROFFITT,
Superintendent,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-96-615)

Submitted:  January 23, 1997          Decided:  February 4, 1997

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Dean Renshaw, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion. We affirm, in part, on the reasoning of the district court, Renshaw v. Feely, No. CA-96-615 (W.D. Va. July 25, 1996), and because Renshaw failed to show that Appellees acted with deliberate indifference to his serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 104 (1976). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED